# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAY AS YOU GO, LLC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-473-MN |
| | ) |
| MINT MOBILE, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii), Plaintiff Pay As You Go, LLC and Defendant Mint Mobile, LLC stipulate to the dismissal of the above-captioned action with prejudice. Each party shall bear its own attorneys' fees, costs and expenses.

| | |
|---|---|
| **PHILLIPS, MCLAUGHLIN & HALL, P.A.** | **BLANK ROME LLP** |
| | |
| */s/ Megan C. Haney* | */s/ Adam V. Orlacchio* |
| John C. Phillips, Jr. (No. 110) | Adam V. Orlacchio (No. 5520) |
| Megan C. Haney (No. 5016) | Anna E. Currier (No. 6271) |
| 1200 North Broom Street | 1201 N. Market Street, Suite 800 |
| Wilmington, Delaware 19806 | Wilmington, Delaware 19801 |
| Tel.: (302) 655-4200 | (302) 425-6418 |
| jcp@pmhdelaw.com | Adam.Orlacchio@BlankRome.com |
| mch@pmhdelaw.com | Anna.Currier@BlankRome.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: October 6, 2023

**IT IS SO ORDERED**, this ___ day of _____, 2023.

_____
**The Honorable Maryellen Norieka**
**United States District Judge**